No. 73–689. MANESS v. MEYERS, JUDGE. 169th Jud. Dist. Ct. Tex., Bell County. [Certiorari granted, 416

U. S. 934.] Motion of respondent for leave to file supplemental brief after argument granted.